# EXHIBIT 5

08OKT07-16.41.KV



Bauxite Company of Guyana Inc

Georgetown
Guyana

Invoice Date: 8Oct2007
Invoice No: 86595
Our Reference: 072078
Payment No. 7

# FINAL FREIGHT INVOICE

| | | | |
|---|---|---|---|
| C/P Date: | 21Oct2005 | Voyage no.: | 072078 |
| Vessel: | POWER RANGER | Operator: | NPE |
| Charterer: | Bauxite Company of Guyana Inc | Raised By: | KV |
| Fixture Ref.: | 05-58 | COA Ref.: | CC20070452 |

Note all values are in USD

Load: Bauxite at New Amsterdam, 38,326.000MT on 31Aug2007 as per BL
Discharge: at Point Comfort
Total BL Quantity : 38,326.000MT
Balance of Freight : 38,326.000MT @ 19.00 USD/MT                                      36,409.70

Demurrage on discharging Bauxite at Point Comfort                                     94,461.11
Miscellaneous - balance transshipment fee voy-072078                                  -5,748.90
TOTAL                                                                                125,121.91

E. & O. E.

*Please remit according to the details below quoting Vessel Name, Our Reference and invoice no.*

Benef. Name: Mercury Shipping & Trading Ltd.
Benef. A/c no.: 0385-40-06-020806
Benef. Bankname,Country: Bank of Cyprus, Limasol, Cyprus
Swift, ABA Transit no. etc.: BCYPCY2N 030

OLDENDORFF CARRIERS GmbH & Co KG    Tel: +49 (0) 451 15000    VAT Reg No DE135079276 · phG Verwaltung "Alanja"
Willy-Brandt-Allee 6,  D-23554 Lübeck    Fax +49 (0) 451 73522    Schiffahrtsges. mbH · Amtsgericht Lübeck HR B 4019
Mail: P.O. Box 2135,  D-23509 Lübeck    www.oldendorff.com    Managing Directors: Henning Oldendorff, Peter Twiss

# EXHIBIT 6

1336418.1
1336418.1

 

Trust House
112, Bonadie Street,
Kingstown,
Saint Vincent

10th of October, 2007

Messrs. Alumina & Bauxite Company Ltd., BVI

Dear Sirs,

Re : m.v. "Med Dignity" C/P dated on the July 17th, 2003, Addendum No. 6

225th voyage under C.O.A.

### INVOICE    no. 305/07

The vessel completed loading at port Conakry on 8th of October, 2007. Please find our invoice for initial freight below:

| | | |
|---|---|---|
| Cargo | : | 37.756 metric tons Bauxite in bulk |
| Freight rate | : | US$ 14,20 per metric ton |
| Payment terms | : | 95 per cent payable within 3 b/days after signing/releasing B/L |
| Bs/L issued | : | October 8th, 2007 |

| | | | |
|---|---|---|---|
| 100 pct freight | : | 37.756 x US$ 14,20 | US$ 536.135,20 |

95 pct freight thereof : US$ 509.328,44

Which kindly remit US Dollars Five Hundred Nine Thousand Three Hundred Twenty Eight and Forty Four cents only on the October 11th, 2007 to our bank account as follows:

Bank of Cyprus
121, Georgiou Griva Digheni Avenue
CY-3699, Limassol, Cyprus
Swift BCYPCY2N 030
Account number: 0385-40-06-020806
IBAN: CY60 0020 0385 0000 0040 0208 0606
Beneficiary : Mercury Shipping & Trading Ltd.
Ref : m.v. "Med Dignity" Invoice no 305/07



WEIGHT   37756

Via Globe Wireless                                                    Page 1

Message Accepted by Globe Wireless at 06/10/2007 02:50:48 UTC    9.25 KBits

Date: 06/10/2007 02:50:05 UTC
From: ROSH
To:   Getma Guinee <shipping@getmaguinee.com>
CC:   DAEYANG <kevinlo@dyship.hk>
CC:   Daeyang/2 <handyhk@dyship.hk>
CC:   MEDITERRANEAN MARITIME S.A. <meditmar@hol.gr>
CC:   Oldendorff Contracts. <contracts@oldendorff.com>
Priority: Normal

SUBJECT: NOTICE OF READINESS   V N  072519

TO GETMA GUINEE
FM MV MED DIGNITY


REF MD-516


CC:DAEYANG SHIPPING
CC:OLDENDORFF CONTRACTS
CC:MEDITERRANEAN MARITIME S.A.


DEAR SIRS,


RE:M/V MED DIGNITY NOTICE OF READINESS



THIS IS TO INFORM YOU THAT M/V MED DIGNITY ARRIVED AT CONAKRY
OUTER ROADS ON 06 OCTOBER 2007  AT  0245 HRS LT  0245 UTC AND
DROPPED HER ANCHOR AT THE  DEDICATE ANCHORAGE AS SHE WAS INSTRUCTED
BY THE PORT  AUTHORITIES.
AND SHIP IS READY IN ALL RESPECTS TO COMMENCE LOADING HER CARGO
OF 37700 MT ABT BAUXITE IN BULK AS PER THE RULES OF RELEVANT
CHARTER PARTY.

KIND REGARDS
CPT KAMPOURAKIS STYLIANOS
MASTER M/V MED DIGNITY




# EXHIBIT 7

1336418.1
1336418.1

Fax Received: 10/11/2007 05:57PM User: SUPPLY-ALUM-BAUX ID: SUB420E651430BE Image: 0008EA89 Pg. 10/10
21 OKT 2007 19:10   NATICA SHIPPING LTD   74959132293   @ 10

Laytime Calculation                                                                                  Стр. 1 из 1

## Laytime Calculation

### Loading Conakry

| | | | |
|---|---|---|---|
| Vessel | Cozumel Cement | Owner | Oldendorff Carriers GmbH & Co KG |
| Ref | Voyage 072527 (02-05) | Charterer | Rual Trade Ltd. |
| CP Date | 17 Jul 2003 | Cargo | Bauxite |

Port  Load - Conakry Bauxite 24.916,000 MT at 10,000.00 MT/d (Shinc)
Demurrage Terms         8.000 USD per Day (Always on Demurrage)
Despatch Terms          4.000 USD per Day (All Time Saved)

| Prior Time | Counting | Excluded Time | None |
|---|---|---|---|
| Arrived | 08 Sep 2007 12:00 | Left anchorage | 10 Sep 2007 09:27 |
| All fast | 10 Sep 2007 10:54 | NOR tendered | 08 Sep 2007 12:00 |
| NOR valid | 08 Sep 2007 12:00 | Laytime commenced | 08 Sep 2007 13:00 |
| Full time commenced | 08 Sep 2007 13:00 | Laytime ends | 12 Sep 2007 09:00 |
| Loading commenced | 10 Sep 2007 16:00 | Loading completed | 12 Sep 2007 07:45 |
| Time To Count From | 08 Sep 2007 13:00 | Time To Count To | 12 Sep 2007 09:00 |

| Day | Date | From | To | Description | Time | Pcnt | Laytime | Demurrage |
|---|---|---|---|---|---|---|---|---|
| Sat | 08 Sep 2007 | 13:00 | 24:00 | Time Counting | 11:00 | 100 | 11:00 | |
| Sun | 09 Sep 2007 | 00:00 | 24:00 | Time Counting | 24:00 | 100 | 24:00 | |
| Mon | 10 Sep 2007 | 00:00 | 09:27 | Time Counting | 09:27 | 100 | 09:27 | |
| Mon | 10 Sep 2007 | 09:27 | 10:54 | Shifting to berth | 01:27 | 0 | 00:00 | |
| Mon | 10 Sep 2007 | 10:54 | 24:00 | Time Counting | 13:06 | 100 | 13:06 | |
| Tue | 11 Sep 2007 | 00:00 | 02:15 | Time Counting | 02:15 | 100 | 02:15 | |
| | | | | --- ON DEMURRAGE 11 Sep 2007 02:15 --- | | | | |
| Tue | 11 Sep 2007 | 02:15 | 24:00 | Time Counting | 21:45 | 100 | 21:45 | 21:45 |
| Wed | 12 Sep 2007 | 00:00 | 06:10 | Time Counting | 06:10 | 100 | 06:10 | 06:10 |
| Wed | 12 Sep 2007 | 06:10 | 07:00 | intermediate draft survey | 00:50 | 0 | 00:00 | |
| Wed | 12 Sep 2007 | 07:00 | 07:45 | Time Counting | 00:45 | 100 | 00:45 | 00:45 |
| Wed | 12 Sep 2007 | 07:45 | 09:00 | final draft check | 01:15 | 50 | 00:38 | 00:38 |

**DEMURRAGE**  1 Days 5 Hours 18 Mins (1,2208333)           Time Allowed   02:11:48
at USD 8.000 per Day                                          Time Used      03:17:06
= USD 9.766,67                                                On Demurrage   01:05:18

Generated by SoftMAR

file://C:\Documents and Settings\Lena.GATEWAY-LENA\Local Settings\Temp\bat5\...  11.10.2007

PAGE 10/10 * RCVD AT 11.10.2007 17:57:02 [Russian Daylight Time] * SVR:NIKOL-RFB2/4 * DNIS:3261507 * CSID:24959132293 * DURATION (mm-ss):04-10

09 OKT 2007 14:22   NATICA SHIPPING LTD   74959132293

Faxabsender: +49 451 1508415                               02-10-07 09:42   S. 5/7

Laytime Calculation                                        Page 1 of 1

## Laytime Calculation

### Discharging Dnepro-bugsky

| | | | |
|---|---|---|---|
| Vessel | Cozumel Cement | Owner | Oldendorff Carriers GmbH & Co KG |
| Rd | Voyage 072527 (02-05) | Charterer | Rual Trade Ltd. |
| CP Date | 17 Jul 2003 | Cargo | Bauxite |

Port        Discharge - Dnepro-bugsky Bauxite 24,915.000 MT at 10,000.00 MT/d (Shinc)
Demurrage Terms:    8,000 USD per Day (Always on Demurrage)
Despatch Terms:     4,000 USD per Day (All Time Saved)

| Prior Time | Counting | Excluded Time | None |
|---|---|---|---|
| Arrived | 26Sep2007 08:00 | Left anchorage | 26Sep2007 08:18 |
| All fast | 26Sep2007 18:48 | NOR tendered | 26Sep2007 08:00 |
| NOR valid | 26Sep2007 08:00 | Laytime commenced | 26Sep2007 13:00 |
| Full time commenced | 26Sep2007 13:00 | Laytime ends | 27Sep2007 20:00 |
| Discharging commenced | 26Sep2007 22:00 | Discharging completed | 27Sep2007 20:00 |
| Time To Count From | 26Sep2007 13:00 | Time To Count To | 27Sep2007 20:00 |

| Day | Date | From | To | Description | Time | P.cnt | Laytime | Despatch |
|---|---|---|---|---|---|---|---|---|
| Wed | 26Sep2007 | 13:00 | 13:54 | Shifting to berth | 00:54 | 0 | 00:00 | |
| Wed | 26Sep2007 | 13:54 | 17:07 | Time Counting | 03:13 | 100 | 03:13 | |
| Wed | 26Sep2007 | 17:07 | 18:48 | Shifting to berth | 01:41 | 0 | 00:00 | |
| Wed | 26Sep2007 | 18:48 | 24:00 | Time Counting | 05:12 | 100 | 05:12 | |
| Thu | 27Sep2007 | 00:00 | 20:00 | Time Counting | 20:00 | 100 | 20:00 | |

--- ON DESPATCH 27Sep2007 20:00 ---

DESPATCH   1 Days 7 Hours 23 Mins (1.3076389)      Time Allowed    02:11:48
           at USD 4,000 per Day                    Time Used       01:04:25
           = USD 5,230.56                          On Despatch     01:07:23

Generated by SoftVAR

file://C:\SSL\LAYDAYS\sycsnKV.html                              02.10.2007

# EXHIBIT 8

1336418.1
1336418.1

| Prepared by: KX | KRISTIAN GERHARD JEBSENS SKIPSREDERI A/S | Date: 160398 |
|---|---|---|
| Approved by: EEJ | CEMENT | Revision: 0 |
|  | NOTICE OF READINESS | Page 1 of 1 |

TO: Pacific Maritime Company (as charter agent in behalf of OLDENDORFF GmbH & Co. KG) and Nikolaev Alumina Plant, Dneprobugsky, Ukranie.

Gentlemen,

This is to notify that M/V Cozumel Cement under my command

Arrival to Dneprobugsky, Ukranie on September 26th 2007 at __08:00__ hrs lt and that she is in all respects ready to discharge her cargo of Bauxite in bulk, in accordance with terms and conditions stated in charter party/contract.

Notice tendered at September 26th 2007, at __08:00__ hrs lt

Notice accepted at __08:00 hr on 27.09.07__ by __Dnepro-Bugsky Port__



Juan Manuel Angles Enriquez
Master M/V Cozumel Cement

Charterer or charterers agent

RECEIVED BY E-MAIL ON 26.09.07 AT 08:54 AS AGENT ONLY FOR DELIVERY AND ACCEPTANCE AS PER C/P

| | | |
|---|---|---|
| Prepared by: KR<br>Approved by:<br>EEJ | **KRISTIAN GERHARD JEBSENS SKIPSREDERI A/S**<br>**CEMENT**<br>**NOTICE OF READINESS** | Case<br>180025<br>Revision: 0<br>Page 1 of 1 |

TO      GETMA GUINEE (as charter Agent in behalf of OLDENDORFF GmbH & Co. KG)

Gentlemen:

This is to notify that M/V Cozumel Cement under my command

Arrival to Conakry, Guinea on September 08th 2007 at 12:00 hrs lt. and that she is in all respects ready to load her cargo of Bauxite in bulk.
In accordance with terms and conditions stated in charter party/contract.

Notice tendered at September 08th, at 12:00 hrs lt

Notice accepted at _September 10th 2007_
_at 16:00 GMT By GBR as_
_Shippers_ [signature]

                                              *Juan Manuel Angles Enriquez*
                                              *Master M/V Cozumel Cement*

                                              M/V Cozumel Cement
                                              Master

Charteres or charterers agent