

Donald J. Kennedy
William H. Sloane
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Alumina & Bauxite Company Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

Alumina & Bauxite Company Ltd.,

               Plaintiff,

            - against -

Oldendorff Carriers GmbH & Co. KG, Mercury
Shipping & Trading Ltd., Dmitry Osipov, Natica
Shipping Ltd., John Does 1-5 (fictitious) and John
Does, Inc. 1-5 (fictitious),

               Defendants.

------------------------------------------------------------X

07 Civ.

ECF CASE

**DISCLOSURE OF INTERESTED PARTIES TO FEDERAL RULE 7.1**

      Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure to enable judges and magistrates of the court to evaluate possible disqualification or recusal, the undersigned attorney of record for the Plaintiff certifies that the following are corporate parents, subsidiaries, or affiliates of the Plaintiff.

            United Company Rusal Limited, Jersey
            Rusal Limited, Jersey
            Worldwide Alumina (Cyprus) Co. Limited

No public held corporation owns 10% or more of the stock of Alumina & Bauxite Company, Ltd.

Dated: New York, New York
October 30, 2007

By: /s/ Donald J. Kennedy
Donald J. Kennedy
William H. Sloane
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. 212-732-3200
Fax: 212-732-3232