BLANK ROME LLP
Attorneys for Defendant
OLDENDORFF CARRIERS GmbH & Co. KG
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALUMINA & BAUXITE COMPANY LTD., | 07 Civ. 9647 |
| Plaintiffs, | ECF Case |
| -against- | |
| OLDENDORFF CARRIERS GmbH & Co. KG, Mercury Shipping & Trading Ltd., Dmitry Osipov, Natica Shipping Ltd., John Does 1-5 (fictitious) and John Does, Inc. 1-5 (fictitious), | **RULE 7.1 STATEMENT** |
| Defendants. | |

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Defendant OLDENDORFF CARRIERS GmbH & Co. KG ("Defendant"), certifies that, according to information provided to counsel by its client, Defendant is not a publicly held corporation or subsidiary or affiliate of a publicly held corporation.

Dated: New York, New York
    October 31, 2007

    **BLANK ROME LLP**
    Attorneys for Defendant
    OLDENDORFF CARRIERS GmbH & Co. KG

    By: _____
    LeRoy Lambert (LL 3519)
    The Chrysler Building
    405 Lexington Avenue
    New York, NY 10174-0208
    (212) 885-5000

600866.00201/6582968v.1