BLANK ROME LLP
Attorneys for Defendant
OLDENDORFF CARRIERS GmbH & Co. KG
LeRoy Lambert (LL 3519)
The Chrysler Building
405 Lexington Avenue
New York, NY 10174-0208
(212) 885-5000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ALUMINA & BAUXITE COMPANY LTD., <br><br> Plaintiffs, <br><br> -against- <br><br> OLDENDORFF CARRIERS GmbH & Co. KG, Mercury Shipping & Trading Ltd., Dmitry Osipov, Natica Shipping Ltd., John Does 1-5 (fictitious) and John Does, Inc. 1-5 (fictitious), <br><br> Defendants. | 07 Civ. 9647 <br><br> ECF Case <br><br><br> **NOTICE OF GENERAL APPEARANCE** |

**PLEASE TAKE NOTICE** that the defendant OLDENDORFF CARRIERS GmbH & Co. KG hereby appears generally in the above entitled action for all purposes, reserving all defenses except personal jurisdiction and service, and that the undersigned has been retained as Counsel.

Dated: New York, New York
November 1, 2007

                                              BLANK ROME LLP
                                              Attorneys for Defendant
                                              OLDENDORFF CARRIERS GmbH & Co. KG

By: _____
       LeRoy Lambert (LL 3519)
       The Chrysler Building
       405 Lexington Avenue
       New York, NY 10174-0208
       (212) 885-5000

TO:     CARTER LEDYARD & MILBURN LLP
           Attorneys for Plaintiff
           ALUMINA & BAUXITE COMPANY LTD.
           Donald J. Kennedy
           Two Wall Street
           New York, NY 10005
           (212) 238-8707