## AFFIDAVIT OF SERVICE

STATE OF NEW YORK                )
                                 ) ss.:
COUNTY OF NEW YORK  )

    Chrisanthy Napolitano, being duly sworn deposes and says that she is over the age of eighteen (18) years and is not a party to this action; that on the 1st day of November 2007, she served the within NOTICE OF GENERAL APPEARANCE, by Federal Express Courier, addressed to the following persons at the last known address set forth after their names:

CARTER LEDYARD & MILBURN LLP
Attorneys for Plaintiff
ALUMINA & BAUXITE COMPANY LTD.
Donald J. Kennedy
Two Wall Street
New York, NY 10005
(212) 238-8707

_____
Chrisanthy Napolitano

Sworn to before me this
1st day of November, 2007

_____
Notary Public

KARL V. REDA
Notary Public, State of New York
No. 30-4783126, Qual. in Nassau Cty.
Certificate Filed in New York County
Commission Expires Nov. 30, 2009

667664.00001/6587756v.1