ORIGINAL

BATTS 5.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/31/07
```

Donald J. Kennedy
William H. Sloane
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Alumina & Bauxite Company Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Alumina & Bauxite Company Ltd.,

     Plaintiff,

   - against -

Oldendorff Carriers GmbH & Co. KG, Mercury
Shipping & Trading Ltd., Dmitry Osipov, Natica
Shipping Ltd., John Does 1-5 (fictitious) and John
Does, Inc. 1-5 (fictitious),

     Defendants.

------------------------------------------------------------X

07 Civ. 9647 (DAB)

ECF CASE

**ORDER APPOINTING PROCESS SERVER**

  Plaintiff, having moved for an Order pursuant to Fed.R.Civ.P. 4(c) appointing Antonio Malaspina, or any other person appointed by Carter Ledyard & Milburn LLP who is over 18 years of age and is not a party to this action, to serve a Process of Maritime Attachment and Garnishment in this matter, and it appearing from the affidavit of Donald J. Kennedy, Esq., that such appointment will result in substantial economies in time and expense.

6242345.1

1

NOW, on motion of Carter Ledyard & Milburn LLP, attorneys for Plaintiff, it is

ORDERED, that Antonio Malaspina, or any other person at least 18 years of age and not a party to this action, appointed by Carter Ledyard & Milburn LLP, be and hereby is, appointed to serve the Order Directing Clerk to Issue Process of Maritime Attachment and Garnishment, the Process of Maritime Attachment and any Supplemental Process, and a copy of the Verified Complaint on garnishees identified in the garnishment order issued by the Court and such additional garnishees as so permitted therein.

Dated: New York, New York
       October   , 2007

                SO ORDERED:

*Deborah A. Batts*
U.S.D.J.  10/30/07

A CERTIFIED COPY
J. MICHAEL McMAHON, CLERK

6242345.1          2