ORIGINAL



ΔATT, 5.

Donald J. Kennedy
William H. Sloane
Laura Anne Reeds
Carter Ledyard & Milburn LLP
Two Wall Street
New York, New York 10005-2072
Tel. No. 212-238-8707
Attorneys for Plaintiff
Alumina & Bauxite Company Ltd.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
Alumina & Bauxite Company Ltd.,

        Plaintiff,

   - against -

Oldendorff Carriers GmbH & Co. KG, Mercury
Shipping & Trading Ltd., Dmitry Osipov, Natica
Shipping Ltd., John Does 1-5 (fictitious) and John
Does, Inc. 1-5 (fictitious),

        Defendants.
------------------------------------------------------------X

07 Civ. 9647 (DAB)

ECF CASE

**ORDER DIRECTING CLERK TO ISSUE PROCESS OF MARITIME ATTACHMENT AND GARNISHMENT**

   Upon reading and filing the Verified Complaint of the Plaintiff herein, verified on the 30th day of October, 2007, and the affidavit of Evangelos George Kramvis, sworn to on the 30th day of October, 2007, that to the best of his information and belief, the Defendants cannot be found within this District for the purpose of an attachment under Supplemental Rule B(1), and the Court having found that the conditions required by Rule

6242342.1



B(1) of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure exist.

NOW, upon motion of Carter Ledyard & Milburn LLP, attorneys for the Plaintiff, it is hereby

ORDERED, that the Clerk of this Court is directed forthwith to issue the Process of Maritime Attachment and Garnishment for seizure of all assets of the Defendants as described therein in the possession, custody or control of, or being transferred through American Express Bank, Bank of America, N.A., Bank of New York, Barclay's Bank, Citibank, N.A., Deutsche Bank Trust Co. Americas, Fortis Bank, HSBC Bank USA, N.A., JPMorgan Chase Bank, N.A., La Salle Bank, N.A., Standard Chartered Bank, USB AG, U.S. Bank N.A., Wachovia Bank, N.A. and/or Wells Fargo Bank, N.A and any other garnishee(s) on whom a copy of the Order of Attachment may be served, in the amount of $509,402,591 pursuant to Rule B of the Supplemental Rules for Certain Admiralty and Maritime Claims of the Federal Rules of Civil Procedure.

Dated: New York, New York
      October   , 2007

*Deborah A. Batts*
U.S.D.J.  10/30/07